UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00009

**Steven Lee Duvall**,

*Petitioner,*

v.

**Gregg County Sheriff,**

*Respondent.*

## ORDER

This habeas corpus action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). On June 14, 2024, the magistrate judge issued a report recommending that respondent's motion to dismiss be granted and this petition be dismissed as moot, and further recommending that a certificate of appealability be denied. Doc. 21. A copy of the report was mailed to the petitioner at his last known address. He did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The respondent's motion to dismiss (Doc. 20) is granted, and the petition is dismissed without prejudice.

*So ordered by the court on August 23, 2024.*

J. CAMPBELL BARKER
United States District Judge